LING MOY, alias Moy Dong Pie, v. John L. ZURBRICK, District Director of Immigration.

No. 5520.

Circuit Court of Appeals, Sixth Circuit.

Jan. 16, 1930.

O. Guy Frick, of Detroit, Mich., for appellant.

John R. Watkins, U. S. Atty., of Detroit, Mich., for appellee.

PER CURIAM.

Judgment of District Court affirmed.

LOCAL NO. 65 OF AMALGAMATED SHEET METAL WORKERS' INTERNATIONAL ALLIANCE et al., v. Joseph D. FACKEN-THAL, Ancillary Receiver for the Central Metal Products Corporation and the United Metal Products Company.

No. 5232.

Circuit Court of Appeals, Sixth Circuit.

Nov. 13, 1929.

J. Paul Thompson, of Cleveland, Ohio, and William G. Pickrel, of Dayton, Ohio, for appellants.

Stanley & Horwitz, of Cleveland, Ohio, J. E. Mathews, of Cleveland, Ohio, and W. G. Merritt, of New York City, for appellees.

PER CURIAM.

Judgment affirmed upon authorities cited in opinion of District Judge.

William T. McCONNELL v. T. B. WHITE, Warden, etc.

No. 274.

Circuit Court of Appeals, Tenth Circuit.

April 5, 1930.

S. M. Brewster, U. S. Atty., of Topeka, Kan.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed April 5, 1930, as being without merit.

Florence McDONALD, née Hickman, v. ROX-ANA PETROLEUM CORPORATION and Marland Refining Company.

No. 101.

Circuit Court of Appeals, Tenth Circuit.

June 10, 1929.

Lee Williams, of Oklahoma City, Okl., for appellant.

Thompson, Mitchell, Thompson & Young, of St. Louis, Mo., for appellees.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Dismissed June 10, 1929, on motion.